UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JOSEPH OLLIE, | ) | CASE NO. 4:17 CV 1304 |
| | ) | |
| Petitioner, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN MERLAK, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

This 28 U.S.C. § 2241 habeas action, filed by Petitioner Joseph Ollie, was dismissed on August 23, 2017. Now before the Court is Petitioner's Motion for Certificate of Appealability. (ECF #6).

The requirement for a certificate of appealability applies to (A) final orders in habeas cases where detention arose "out of process issued by State court" and (B) final orders under § 2255. 28 U.S.C. § 2253(c)(1). Because neither category applies here, *Witham v. U.S.*, 355 F.3d 501, 504 (6th Cir. 2004), the Motion is denied.

IT IS SO ORDERED.

Dated: September 21, 2017        *s/        James S. Gwin*
                                 JAMES S. GWIN
                                 UNITED STATES DISTRICT JUDGE